1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Humberto-Lomeli
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,         )   Case No. 08mj0283
                                     )
12              Plaintiff,            )
                                     )
13 v.                                )
                                     )   **NOTICE OF APPEARANCE**
14 **JOSE HUMBERTO GARCIA-LOMELI,**   )
                                     )
15              Defendant.            )
                                     )
16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.

20                                            Respectfully submitted,

21 Dated: February 28, 2008             *s/ Bridget Kennedy*
                                         Federal Defenders of San Diego, Inc.
22                                       *bridget_kennedy@fd.org*